435 A.2d 647

Conaway et ux. v. Fike, etc., et al., Appellant.

Argued November 11, 1980. Wayne H. Port, for appellant; Herman C. Kimpel, for Conaway, appellees; Charles C. Gentile, for Home Insurance Company, appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Order affirmed.